UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00417

**Thomas Richard Orr,**
*Plaintiff,*

v.

**Commissioner,
Social Security Administration,**
*Defendant.*

Before BARKER, *District Judge*

### ORDER

On September 13, 2019, plaintiff filed this action under 42 U.S.C. § 405(g) for judicial review of defendant's decision denying plaintiff's application for disability insurance benefits. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636. Judge Mitchell ordered the parties to file briefs. Doc. 13. Plaintiff did not file a brief or request an extension. Judge Mitchell issued a report and recommendation recommending that the complaint be dismissed without prejudice for failure to prosecute. Doc. 14.

No written objections were filed, and there is no clear error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc) (cleaned up). Therefore, the magistrate judge's report and recommendation is **adopted** as the opinion of the court. This action is **dismissed without prejudice** for failure to prosecute. Fed. R. Civ. P. 41(b).

*So ordered by the court on May 4, 2020.*

J. CAMPBELL BARKER
United States District Judge